**Brian Tracey HILL, Petitioner—Appellant,**

v.

**Steve CAMBRA, Respondent—Appellee.**

**No. 05–15513.**

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 13, 2007.

Brian Tracey Hill, Represa, CA, pro se.

Gregory A. Ott, Esq., Office of the California Attorney General, Oakland, CA, for Respondent–Appellee.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

**MEMORANDUM ***

California state prisoner Brain Tracey Hill appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition, challenging his conviction and sentence for battery on a police officer. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Hill contends that his constitutional rights were violated by the use of a stunbelt during trial. We conclude that the trial court properly determined that the use of the restraint was necessary. *See Illinois v. Allen*, 397 U.S. 337, 343, 90 S.Ct. 1057, 25 L.Ed.2d 353 (1970). Furthermore, Hill has not shown that he was prejudiced by wearing the restraint. *See Gonzalez v. Pliler*, 341 F.3d 897, 903 (9th Cir.2003). Accordingly, the state court's decision was not contrary to or an unreasonable application of clearly established federal law. *See* 28 U.S.C. § 2254(d).

We construe Hill's briefing of uncertified issues as a request to broaden the certificate of appealability. *See* 9th Cir. R. 22–1(e). So construed, the request is denied. *See Hiivala v. Wood*, 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.